UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CALL, INC. d/b/a MEDFORCE           :       Civil Action No. _____
                                    :
                                    :
   v.                               :
                                    :
                                    :
Advanced Health Media, LLC.         :

**DISCLOSURE STATEMENT**

The undersigned counsel for ___CALL, INC. d/b/a MEDFORCE_____,
certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

**OR**

[X]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_/s/ Leda Dunn Wettre_                       ROBINSON, WETTRE & MILLER LLC
Signature of Attorney                        Name of Firm

Leda Dunn Wettre                             One Newark Center, 19th Floor
Print Name                                   Address

6/28/11                                      Newark, New Jersey 07102
Date                                         City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.                DNJ-CMECF-005 (5/2/08)