Michael J. Feldman, Esquire
OLENDERFELDMAN LLP
2840 Morris Avenue
Union, New Jersey 07083
Phone: (908) 964-2486
Fax: (908) 810-6631

Anthony Volpe, Esquire (*Pro hac vice* application pending)
Ryan W. O'Donnell, Esquire
VOLPE AND KOENIG, P.C.
United Plaza
30 South 17th Street
Philadelphia, Pennsylvania 19103
Phone: (215) 568-6400
Fax: (215) 568-6499

Kristine L. Butler, Esquire
VOLPE AND KOENIG, P.C.
One Palmer Square - Suite 315
Princeton, New Jersey 08542
Phone: (609) 924-7900
Fax: (609) 924-7902

*Attorneys for Defendant*
*Advanced Health Media, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| CALL, INC. d/b/a MEDFORCE,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED HEALTH MEDIA, LLC,<br><br>Defendant. | Civil Action No. 3:11-CV-03723-FLW-TJB<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>ELECTRONICALLY FILED |

TO:    Donald Robinson, Esq.
       Robinson, Wettre & Miller LLC
       One Newark Center – 19th Floor
       Newark, New Jersey 07102
       Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on the 3rd day of October, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, OlenderFeldman LLP, counsel for Defendant Advanced Health Media, LLC, shall move before the Honorable Freda L. Wolfson, U.S.D.J., at the Federal District Court for the District of New Jersey located at Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, Room 5050 for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon its Memorandum of Law submitted herewith. Defendant also submits herewith a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that Oral Argument is respectfully requested in the event opposition to Plaintiff's Motion is filed.

Date: September 6, 2011      By: _____
                                 MICHAEL J. FELDMAN
                                 *Attorneys for Defendant*
                                 *Advanced Health Media, LLC*