Donald Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

Steven Lieberman
Nichole Gifford
Jenny L. Workman
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Washington, DC 20005
(202) 783-6040
slieberman@rfem.com

*Attorneys for Plaintiff*
*Call, Inc. d/b/a MedForce*

RECEIVED

SEP 2 7 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALL, INC. d/b/a/ MEDFORCE,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED HEALTH MEDIA LLC<br><br>Defendant. | Civil Action No. 3:11-03723 (FLW)(TJB)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>CONSENT ORDER |

Plaintiff, Call, Inc. d/b/a Medforce, by and through its attorneys, Robinson, Wettre &

Miller LLC having applied to the Court for an Order extending its time to file opposition papers

to defendants Motion to Dismiss the Tortious Interference count in the Complaint; and plaintiff's

time to file those opposition papers expires on October 3, 2011; and defendant through its

counsel, Volpe and Koenig, P.C. having consented to extend that time to and including October

17, 2011; and plaintiff's counsel having consented to extend defendant's time to reply to October 31, 2011; and the return date of the motion to dismiss be adjourned to November 7, 2011

IT IS on this 27 day of September, 2011

ORDERED that plaintiff's time to respond to the Motion to Dismiss is extended to and October 17, 2011; and it is further

ORDERED that Defendant's time to file a reply brief is extended to and including October 31, 2011; and it is further

ORDERED that the return date of this motion is adjourned to November 7, 2011.

_____
Hon. Freda L. Wolfson, U.S.D.J.

Consented to:

*s/Kristine L. Butler*
Kristine L. Butler, Esq.
Volpe and Koenig, P.C.
One Palmer Square, Ste. 315
Princeton, NJ 08542
(609) 924-7900

*Attorneys For Defendant*
*Advanced Health Media LLC*

Consented to:

*s/Donald A. Robinson*
Donald A. Robinson
Robinson, Wettre & Miller LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400

*Attorneys for Plaintiff Call Inc., d/b/a*
*Medforce*